**IN THE UNITED STATES DISTRICT COURT** FILED
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**(Alexandria Division)**

| | |
|---|---|
| Tramontane IP, LLC, | 2011 AUG 30  P 2: 34 |
| **Plaintiff,** | CLERK US ... |
| v. | ALEXANDRIA, VIRGINIA |
| Garmin International, Inc.; | Civil Action No: 1:11cv918 |
| and | LMB/TCB |
| Garmin USA, Inc.; | **DEMAND FOR JURY TRIAL** |
| and | |
| MiTAC Digital Corporation d/b/a Magellan; | |
| and | |
| Mio Technology USA Ltd.; | |
| and | |
| Pioneer Electronics (USA) Inc.; | |
| and | |
| TomTom, Inc., | |
| **Defendants.** | |

## PLAINTIFF TRAMONTANE IP, LLC'S
## RULE 7.1 FINANCIAL DISCLOSURE STATEMENT

Plaintiff Tramontane IP, LLC ("Tramontane"), by its counsel, hereby discloses, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1(a), that no publicly held entity owns 10% or more of its stock and that there are no entities affiliated with Tramontane that have issued stock or debt securities to the public. Pursuant to Local Rule 7.1(b), Tramontane identifies LVL Patent Group, LLC, a Virginia limited liability company, as a member of Tramontane.

Respectfully submitted,

Dated:  August 30, 2011

Amy S. Owen (VSB # 27692)
aowen@cochranowen.com
Benje A. Selan (VSB #65923)
bselan@cochranowen.com
Cochran & Owen LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Ph: (703) 847-4480
Fx: (703) 847-4499

Of Counsel:

Marc A. Fenster
mfenster@raklaw.com
Ben Wang
bwang@raklaw.com
Russ, August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(301) 826-7474

Attorneys for Tramontane IP, LLC

2