**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)**

| | |
|---|---|
| TRAMONTANE IP, LLC, : <br> : <br> Plaintiff, : <br> : C.A. No. 1:11-cv-00918 (LMB/TCB) <br> v. : <br> : <br> GARMIN INTERNATIONAL, INC., : <br> et al., : <br> : <br> Defendants. : | |

**DEFENDANT PIONEER ELECTRONICS
(USA), INC.'S MOTION TO TRANSFER**

Defendant Pioneer Electronics (USA), Inc. ("Pioneer USA") respectfully requests that the Court transfer the claims of Tramontane IP, LLC ("Tramontane") against Pioneer USA to the Central District of California because those claims have no relevant connection to the Eastern District of Virginia. The grounds for this Motion are more fully set forth in Pioneer USA's Memorandum in Support of Motion to Sever and Transfer. Pursuant to Local Civil Rule 7(E), the parties have conferred in a good-faith effort to narrow the area of disagreement.

Respectfully submitted,

*/s/ D. Bradford Hardin, Jr.*
D. Bradford Hardin, Jr. (Va. Bar No. # 76812)
Grant K. Rowan (*pro hac vice*)
WILMER CUTLER PICKERING
 HALE AND DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
bradford.hardin@wilmerhale.com
grant.rowan@wilmerhale.com

          Michael J. Summersgill (*pro hac vice*)
          Patrick M. Callahan (*pro hac vice*)
          Thaila K. Sundaresan (*pro hac vice*)
          WILMER CUTLER PICKERING
          HALE AND DORR, LLP
          60 State St.
          Boston, MA 02109
          (617) 526-6000
          michael.summersgill@wilmerhale.com
          patrick.callahan@wilmerhale.com
          thaila.sundaresan@wilmerhale.com

          *Attorneys for Pioneer Electronics (USA), Inc.*

Dated: November 3, 2011

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 3rd day of November, 2011, a true and correct copy of the foregoing MOTION TO TRANSFER, AND PROPOSED ORDER were electronically filed with the Clerk of the Court using the CM/ECF system, and served via hand delivery, upon the following parties:

| | |
|---|---|
| **Amy Sanborn Owen**<br>Cochran & Owen LLC<br>8000 Towers Crescent Drive<br>Suite 160<br>Vienna, VA  22182<br>aowen@cochranowen.com | **Syed Mohsin Reza**<br>Troutman Sanders LLP<br>1660 International Drive<br>Suite 600<br>McLean, VA  22102<br>Mohsin.reza@troutmansanders.com |
| **Benje Allen Selan**<br>Cochran & Owen LLC<br>8000 Towers Crescent Drive<br>Suite 160<br>Vienna, VA  22182<br>bselan@cochranowen.com | **Mary Catherine Zinsner**<br>Troutman Sanders LLP<br>1660 International Drive<br>Suite 600<br>McLean, VA  22102<br>Mary.zinsner@troutmansanders.com |
| *Attorneys for Plaintiff, Tramontane IP, LLC* | **Billy Bernard Ruhling, II**<br>Glassman & Michael PLLC<br>1950 Old Gallows Road, Suite 700<br>Vienna, VA  22182<br>Bill.ruhling@troutmansanders.com |
| | *Attorneys for Defendants, Garmin Int'l, Inc.; and Garmin USA, Inc.* |

| | |
|---|---|
| **John Scott Davidson**<br>Davidson Berquist Jackson & Gowdey LLP<br>4300 Wilson Blvd.<br>Suite 700<br>Arlington, VA  22203<br>jsd@dbjg.com<br><br>*Attorney for Defendants, MiTAC Digital Corporation d/b/a Magellan; and Mio Technology USA Ltd.* | **John P. Corrado**<br>Morrison & Foerster LLP (DC)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 6000<br>Washington, DC  20006-1888<br>jcorrado@mofo.com<br><br>**John Alexander Trocki, III**<br>Morrison & Foerster LLP (McLean)<br>1650 Tysons Blvd., Suite 400<br>McLean, VA  22102<br>jtrocki@mofo.com<br><br>**Joshua Alan Hartman**<br>Morrison & Foerster LLP (DC)<br>2000 Pennsylvania Avenue, N.W.<br>Suite 6000<br>Washington, DC  20006-1888<br>jhartman@mofo.com<br><br>*Attorneys for Defendant, Tom Tom, Inc.* |

*/s/  D. Bradford Hardin, Jr.*
D. Bradford Hardin, Jr. (Va. Bar No. # 76812)
WILMER CUTLER PICKERING HALE AND DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
bradford.hardin@wilmerhale.com